*United States v. Simtob*, 485 F.3d 1058, 1062–63 (9th Cir. 2007).

**AFFIRMED.**

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Julia Ann ROMO, Defendant-Appellant.**

### No. 17-10034

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 *

Filed October 2, 2017

Erica McCallum, Assistant U.S. Attorney, USTU-Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Julia Ann Romo, Pro Se

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Julia Ann Romo appeals from the revocation of supervised release and the four-month sentence imposed upon revocation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Romo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Romo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.